421 F.2d 702
 70-1 USTC P 9388
 UNITED STATES of America and Charles E. Reed, Internal
Revenue Officer, Collection Division, Internal
Revenue Service, Petitioners-Appellees,
v.
John J. DICKINSON, Respondent-Appellant.
 No. 23927.
 United States Court of Appeals, Ninth Circuit.
 Feb. 10, 1970, Rehearing Denied April 22, 1970.
 
 James A. Struckmeyer, Phoenix, Ariz., for appellant.
 John P. Burke, Joseph M. Howard, Lee A. Jackson, Attys., Tax Div., Dept. of Justice, johnnie M. Walters, Asst. Atty. Gen., Dept. of Justice, Washington, D.C., Richard K. Burke, U.S. Atty., Phoenix, Ariz., for appellees.
 ORDER
 Before BROWNING, DUNIWAY, and WRIGHT, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is affirmed on the basis of the opinion of the district court. United States v. Dickinson, 308 F.Supp. 900 (D.Ariz.1969).